IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DANA HARRIS,

    Plaintiff,

      v.

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUN 2 6 2026

FILED

CV 125-085

## O R D E R

Before the Court is Plaintiff's motion to dismiss with prejudice (Doc. 34) and Defendant's stipulation of dismissal with prejudice (Doc. 35). Both Parties signed their respective motions requesting dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this _26th_ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA